UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. DAVIS,<br><br>              Plaintiff,<br><br>        v.<br><br>DAVID HOLBROOK, et al.,<br><br>              Defendants. | Case No.  24-cv-01058-PCP<br><br>**ORDER OF TRANSFER** |

Robert Davis filed this *pro se* civil rights action complaining about events and omissions at Chuckawalla Valley State Prison (CVSP) in Blythe, California, where he was previously incarcerated. CVSP lies within the venue of the Central District of California. 28 U.S.C. § 84(c).

The acts complained of in this lawsuit occurred in the Central District of California. Defendant Holbrook is also located in the Central District of California. Venue therefore would be proper in the Central District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: April 15, 2024

_____

P. Casey Pitts
United States District Judge